ISIDORE ORENSTEIN, Respondent, v. BANKERS TRUST COMPANY, as Trustee for MARGARET R. POTTER and Another, Appellant, et al., Defendants.— Action to recover damages for personal injuries suffered by plaintiff, a window cleaner, in falling from an outside window sill of a building owned by defendant Bankers Trust Company and leased in its entirety to a tenant. Judgment against defendant owner reversed on the law, with costs, and the complaint dismissed on the law, with costs. Under the cases, there is no basis in the proof for a finding of liability against defendant owner for a claimed violation of section 202 of the Labor Law for failure to furnish anchors or other safety devices on the windows of the building involved herein to protect window cleaners engaged in cleaning windows from the outside. (*Lowenhar* v. *Commercial Outfitting Co., Inc.,* 260 App. Div. 211, affd. 285 N. Y. 671; *Homin* v. *Cleveland & Whitehill Co.,* 281 N. Y. 484.) The proffered proof in *Pollard* v. *Trivia Building Corp.* (291 N. Y. 19) was broader than was adduced herein. The findings of fact implicit in the verdict of the jury are affirmed. Appeal from order dismissed, without costs. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.

BEATRICE PHILIPS et al., Respondents, v. WENDEL FOUNDATION, Appellant.— In an action to recover damages for personal injuries, based upon a claim that when the plaintiff wife ascended a stoop leading to defendant's premises the edge of a concrete step crumbled and broke under her foot, causing her to fall. Upon a previous appeal the judgment was reversed and a new trial granted upon the ground that the verdict was against the weight of the evidence. (263 App. Div. 849.) The jury has, upon additional proof, again returned verdicts in favor of the plaintiffs. Judgment unanimously affirmed, with costs. No opinion. Close, P. J., Carswell and Aldrich, JJ., concur; Hagarty and Adel, JJ., concur on the authority of the prior decision of this court (*Philips* v. *Wendel Foundation,* 263 App. Div. 849), adhering, however, to the views expressed in their dissenting memorandum therein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DALESSIO, Appellant, et al., Defendants.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond], convicting the defendant of violations of section 986 of the Penal Law (book-making), and imposing sentence therefor, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FIORE PIGNATARO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of a violation of subdivision 6 of section 484 of the Penal Law (purchase of junk from child under sixteen years of age), and the sentence imposed therefor, unanimously affirmed. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.